UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                     **Case No.: 8:08-MC-129-T-JSM-EAJ**

**PATRICIA T. METROVICH**,

    Respondent.
_____/

### REPORT AND RECOMMENDATION

Before the court is Petitioner's **Petition to Enforce Internal Revenue Service Summons** (Dkt. 1), the **Declaration** of Revenue Officer Christine Brandt (Dkt. 2), and the **Summons** attached thereto (Dkt. 2, Ex. 1). The court held a hearing on the issues on December 3, 2008. Despite being personally served with the court's order setting the hearing (see Dkt. 5), Respondent did not appear.

Officer Brandt is conducting an investigation of Respondent Patricia Metrovich's individual tax liability for 2005 and 2006 (Dkt. 1 at 2). On November 28, 2007, Petitioner United States of America summoned Metrovich to appear before Officer Brandt on January 9, 2008, to produce the requested information (such as books, records, and other papers) in order to determine Metrovich's tax liability (Dkt. 2, Ex. 1). At Metrovich's request, Officer Brandt ultimately extended the date for Metrovich's appearance until April 18, 2008 (Id.).

On October 10, 2008, this court ordered Metrovich to show cause why she should not be compelled to comply with the IRS summons (Dkt. 4). Metrovich did not respond to this court's order and did not appear at the December 3, 2008 hearing on the Petition. At the hearing, Officer Brandt advised the court that Metrovich had contacted her since the court's order and told her she would produce the documents by Wednesday, November 26, 2008. To date, Metrovich has not

produced the documents.

Thus, upon consideration, it is recommended that:

(1)   Metrovich shall produce the requested documents to Officer Brandt within twenty (20) days of the District Judge's approval of this Report and Recommendation and entry of an order enforcing the IRS summons,

(2)   If testimony is necessary, Brandt shall appear before Officer Brandt within ten (10) days of producing the requested documents, at a time convenient for Officer Brandt.

Date:   December 10th, 2008

ELIZABETH A JENKINS
United States Magistrate Judge

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. 636(b)(1).

Copies to:
District Judge
Counsel of Record