UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                          Case No:  8:08-MC-129-T-30EAJ

PATRICIA T. METROVICH,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Amended Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #8). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Amended Report and Recommendation (Dkt. #8) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this

order for all purposes, including appellate review.

2. The Petition to enforce the IRS Summons (Dkt. 1) is **GRANTED**.

3. Respondent Patricia T. Metrovich shall produce the requested documents to Officer Brandt within twenty (20) days of the date of this Order.

4. If testimony is necessary, Respondent Metrovich shall appear before Officer Brandt within ten (10) days of producing the requested documents, at a time convenient for Officer Brandt.

**DONE** and **ORDERED** in Tampa, Florida on January 8, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2008\08-mc-129.adopt 8.wpd